IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTONIO BEALER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 04-059-GPM |
| | ) |
| DR. POWELL, TERRY CALIPER, C/O | ) |
| FOLSOM, C/O KEMP, C/O SIMPSON, | ) |
| C/O PENDLETON, C/O BEANE, | ) |
| C/O NEWELL, C/O HENDERSON, | ) |
| C/O HAMMERSLY, C/O STUDOR, | ) |
| C/O PORTER, C/O ADAMS, C/O KELLY, | ) |
| NURSE SHELBY, SHERRY | ) |
| MONTGOMERY, C/O JORDAN, | ) |
| MATTHEW PLUMMER, and | ) |
| REBECCA PLUMMER, | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
| 09/29/05 | By: s/ G. Patrick Murphy |
| *Date* | *District Judge* |